# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | | |
|---|---|---|
| GREGORY KINNARD JR., | : | No. 168 MM 2015 |
| | : | |
| Petitioner | : | |
| | : | |
| | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| | : | |
| KELLY LAWVER, ADAMS COUNTY | : | |
| CLERK OF COURTS, | : | |
| | : | |
| Respondent | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 21st day of December, 2015, the Application for Leave to File Original Process is **GRANTED**, and the "Emergency Petition for Writ of *Quo Warranto* Complaint" is **DENIED**.